UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHLOE PSALM JERI BORDEN,<br><br>            Plaintiff,<br><br>       v.<br><br>ETHAN BARE, et al.,<br><br>            Defendants. | No.  1:20-cv-01103-AWI-EPG<br><br>ORDER GRANTING MOTION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS WITHOUT PREJUDICE<br><br>(ECF No. 3) |

On August 8, 2020, Plaintiff Chloe Psalm Jeri Borden moved to proceed *in forma pauperis* in this civil rights action. (ECF No. 3). Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, her application to proceed *in forma pauperis* is GRANTED.

As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of a *pro se* complaint filed *in forma pauperis* to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment.

\\\

The complaint will be screened in due course and Plaintiff will be served with the resulting order.

IT IS SO ORDERED.

Dated: __**August 11, 2020**__        /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE