UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHLOE PSALM JERI BORDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>ETHAN BARE and JEREMY MALICOAT,<br><br>    Defendants. | No. 1:20-CV-01103-AWI-EPG<br><br>SCREENING ORDER<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF<br><br>(ECF No. 1) |

On August 8, 2020, Plaintiff Chloe Psalm Jeri Borden ("Plaintiff"), proceeding *in forma pauperis*, filed the complaint commencing this action under 42 U.S.C. § 1983.  The Court has screened Plaintiffs' complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and finds that the complaint states cognizable claims against Bare and Malicoat under 42 U.S.C. § 1983 sufficiently to proceed passed the screening stage. The Court also finds the complaint appropriate for service of process.

Accordingly, it is HEREBY ORDERED that:

1) Service is appropriate for the following defendants:
    a. Ethan Bare
    b. Jeremy Malicoat
2) The Clerk of Court shall SEND Plaintiffs two (2) USM-285 forms; two (2) summons; a

1

Notice of Submission of Documents form; an instruction sheet; and one (1) copy of the complaint filed on August 8, 2020 (ECF No. 1).

3) Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

　　a. A completed summons for each of Bare and Malicoat;

　　b. A completed USM-285 form for each of Bare and Malicoat; and

　　c. Three (3) copies of the complaint filed on August 8, 2020 (ECF No. 1).

4) Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5) Alternatively, Plaintiff may serve either or both Defendants themselves. If Plaintiff chooses this option, Plaintiff shall notify the Court within **thirty (30) days** that she will be serving Bare, Malicoat, or both with the assistance of her counsel.

IT IS SO ORDERED.

Dated:　**August 14, 2020**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE