Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Plaintiff Chloe Psalm Jeri Borden

James D. Weakley, SBN 082853
Brande L. Gustafson, SBN 267130
**WEAKLEY & ARENDT**
A Professional Corporation
5200 N Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Fascimile: (559) 221-5262
E-Mail: Jim@walaw-fresno.com
          Brande@walaw-fresno.com

Attorneys for Defendants Deputy Ethan Bare
and Deputy Jeremy Malicoat

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHLOE PSALM JERI BORDEN,<br><br>            Plaintiff,<br><br>     v.<br><br>DEPUTY ETHAN BARE; DEPUTY JEREMY MALICOAT,<br><br>            Defendants. | Case No.:  1:20-cv-01103-AWI-EPG<br><br>STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY DEADLINES; DECLARATION OF KEVIN G. LITTLE<br><br>(ECF No. 21) |

SUBJECT TO THE APPROVAL OF THE COURT, Plaintiff, CHLOE BORDEN (hereinafter "Plaintiff"), and Defendant Deputies, ETHAN BARE and JEREMY MALICOAT (hereinafter collectively referred to as "Defendants"), (Plaintiff and Defendants shall be

collectively referred to herein as the "Parties"), by and through their respective counsel of record, submit the following Stipulation and Proposed Order:

## **RECITALS**

WHEREAS, by previous order (Doc. No. 18), the Expert Discovery Deadline in this matter is March 14, 2022;

AND WHEREAS, both Plaintiff and Defendants have noticed the depositions of each other party's disclosed experts, however, those depositions are unable to go forward due to Plaintiff's counsel's being involved in a pending trial that is currently scheduled to run through the close of expert discovery;

AND WHEREAS, the trial schedule of Plaintiff's counsel makes it impractical, if not impossible, to complete the necessary discovery within the currently prescribed deadlines as counsel would not be available to either take or defend the depositions of the retained experts;

AND WHEREAS, the scheduled trial date in this matter is November 1, 2022, and the requested continuance of the expert discovery deadline is not anticipated to require a change in any of the remaining dates in the scheduling order;

## **STIPULATION**

NOW, THEREFORE, the parties hereby agree as follows:

Parties agree to extend the expert discovery cut-off, including motions to compel, so they shall be completed no later than April 15, 2022.

The parties do not anticipate that such an extension will affect any of the remaining deadlines and do not request changes to any of the remaining deadlines.

//
//
//
//

2

**SO STIPULATED:**

Dated: March 7, 2022                                LAW OFFICE OF KEVIN G. LITTLE


                                                    */s/ Kevin G. Little*
                                                    Kevin G. Little
                                                    Attorney for Plaintiff Chloe Borden


Dated March 3, 2022                                 WEAKLEY & ARENDT,
                                                    A Professional Corporation


                                                    /s/ Brande L Gustafson
                                                    James D. Weakley
                                                    Brande L. Gustafson
                                                    Attorney for Defendants Deputy Ethan Bare
                                                    and Deputy Jeremy Malicoat

3

**ORDER**

Based on the above stipulation, the joint motion (ECF No. 21) of the parties for an extension of the expert discovery cut-off date is granted. The scheduling order (ECF No. 18) is amended to extend the expert discovery cut-off date to April 15, 2022. All other terms and conditions of the scheduling order (ECF No. 18) remain in full force and effect.

IT IS SO ORDERED.

Dated: **March 7, 2022**                    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE