UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHLOE PSALM JERI BORDEN,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY ETHAN BARE, et al.,<br><br>Defendants. | Case No. 1:20-cv-01103-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 51) |

On November 3, 2023, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear their own costs and attorney fees. (ECF No. 51). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own costs and attorney fees.

Accordingly, the Clerk of Court is directed to terminate the bill of costs (ECF No. 45) as moot and to close this case.

IT IS SO ORDERED.

Dated:  **November 6, 2023**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE